# Appendix A
## City of Driggs Wastewater Treatment Facility - NPDES Permit No ID0020141 (Permit)
### Driggs, Idaho
NPDES Permit Effluent Violations from Discharge Monitoring Reports (DMRS): July 1, 2017 to September 30, 2021

| Month | Pollutant | Value Reported in DMR | Effluent Limitation | Limit Type | Description of Violation | Violation Count |
|---|---|---|---|---|---|---|
| *Summary: Part I.B, Table 1 of the Permit prohibits discharge from the facility in which the monthly average loading limit of $BOD_5$ in the effluent exceeds 225 lbs/day* | | | | | | |
| July 2018 | BOD, 5-day, 20 deg. C | 281.44 lbs/day | 225 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| *Summary: Part I.B of the Permit prohibits the Facility from discharges in which the monthly average concentration limit of $BOD_5$ in the effluent exceeds 45 mg/L* | | | | | | |
| April 2021 | BOD, 5-day, 20 deg. C | 47.4 mg/L | 45 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| May 2021 | BOD, 5-day, 20 deg. C | 52.35 mg/L | 45 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| *Summary: Part I.B, Table 1 of the Permit prohibits discharge from the facility in which the instantaneous maximum of E.coli in the effluent exceeds 406/100 mL* | | | | | | |
| February 2021 | E. coli | 436/100 mL | 406/100 mL | Instantaneous Maximum | Single Sample E.coli Exceedance | 1 |
| March 2021 | E. coli | 629/100 mL | 406/100 mL | Instantaneous Maximum | Single Sample E.coli Exceedance | 1 |
| *Summary: Part I.B, Table 1 of the Permit prohibits discharge from the facility in which the daily maximum loading of ammonia in the effluent exceeds 8.4 lbs/day* | | | | | | |
| July 2017 | Nitrogen, ammonia total [as N] | 95.9 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| August 2017 | Nitrogen, ammonia total [as N] | 84.03 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| September 2017 | Nitrogen, ammonia total [as N] | 28.43 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| October 2017 | Nitrogen, ammonia total [as N] | 8.48 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| January 2018 | Nitrogen, ammonia total [as N] | 49.04 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| February 2018 | Nitrogen, ammonia total [as N] | 55.76 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| March 2018 | Nitrogen, ammonia total [as N] | 62.27 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| April 2018 | Nitrogen, ammonia total [as N] | 111.69 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| May 2018 | Nitrogen, ammonia total [as N] | 96.27 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| June 2018 | Nitrogen, ammonia total [as N] | 15.99 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| July 2018 | Nitrogen, ammonia total [as N] | 101.17 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| January 2019 | Nitrogen, ammonia total [as N] | 59.72 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| February 2019 | Nitrogen, ammonia total [as N] | 43.57 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| March 2019 | Nitrogen, ammonia total [as N] | 66.93 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| April 2019 | Nitrogen, ammonia total [as N] | 10.21 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| May 2019 | Nitrogen, ammonia total [as N] | 54.64 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| July 2019 | Nitrogen, ammonia total [as N] | 107.07 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| August 2019 | Nitrogen, ammonia total [as N] | 45.82 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| September 2019 | Nitrogen, ammonia total [as N] | 80.79 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| December 2019 | Nitrogen, ammonia total [as N] | 11.69 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| January 2020 | Nitrogen, ammonia total [as N] | 65.62 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| February 2020 | Nitrogen, ammonia total [as N] | 73.3 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| March 2020 | Nitrogen, ammonia total [as N] | 92.22 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| April 2020 | Nitrogen, ammonia total [as N] | 89.27 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| May 2020 | Nitrogen, ammonia total [as N] | 81.07 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| June 2020 | Nitrogen, ammonia total [as N] | 62.91 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| July 2020 | Nitrogen, ammonia total [as N] | 126.78 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| August 2020 | Nitrogen, ammonia total [as N] | 145.21 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| September 2020 | Nitrogen, ammonia total [as N] | 120.6 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| October 2020 | Nitrogen, ammonia total [as N] | 82.9 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| November 2020 | Nitrogen, ammonia total [as N] | 68.16 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| December 2020 | Nitrogen, ammonia total [as N] | 94.38 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| January 2021 | Nitrogen, ammonia total [as N] | 150.66 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| February 2021 | Nitrogen, ammonia total [as N] | 159.69 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| March 2021 | Nitrogen, ammonia total [as N] | 149.9 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| April 2021 | Nitrogen, ammonia total [as N] | 124.83 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| May 2021 | Nitrogen, ammonia total [as N] | 123.85 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| June 2021 | Nitrogen, ammonia total [as N] | 127.89 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| July 2021 | Nitrogen, ammonia total [as N] | 186.45 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| August 2021 | Nitrogen, ammonia total [as N] | 254.88 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| September 2021 | Nitrogen, ammonia total [as N] | 254.88 lbs/day | 8.4 lbs/day | Daily Maximum | Maximum Daily Loading Exceedance | 1 |
| *Summary: Part I. B, Table 1 of the Permit prohibits discharge from the facility in which the maximum daily concentration of ammonia in the effluent exceeds 1.68 mg/L* | | | | | | |
| July 2017 | Nitrogen, ammonia total [as N] | 11.5 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| August 2017 | Nitrogen, ammonia total [as N] | 10.08 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| September 2017 | Nitrogen, ammonia total [as N] | 3.41 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| January 2018 | Nitrogen, ammonia total [as N] | 5.88 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| February 2018 | Nitrogen, ammonia total [as N] | 6.69 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| March 2018 | Nitrogen, ammonia total [as N] | 7.47 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| April 2018 | Nitrogen, ammonia total [as N] | 13.39 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| May 2018 | Nitrogen, ammonia total [as N] | 11.54 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| June 2018 | Nitrogen, ammonia total [as N] | 1.92 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| July 2018 | Nitrogen, ammonia total [as N] | 12.13 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| January 2019 | Nitrogen, ammonia total [as N] | 19.3 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| February 2019 | Nitrogen, ammonia total [as N] | 15.48 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| March 2019 | Nitrogen, ammonia total [as N] | 21.4 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| April 2019 | Nitrogen, ammonia total [as N] | 3.4 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| May 2019 | Nitrogen, ammonia total [as N] | 12.6 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| July 2019 | Nitrogen, ammonia total [as N] | 18.2 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| August 2019 | Nitrogen, ammonia total [as N] | 11.64 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| September 2019 | Nitrogen, ammonia total [as N] | 22.58 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| December 2019 | Nitrogen, ammonia total [as N] | 4.75 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| January 2020 | Nitrogen, ammonia total [as N] | 22.04 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| February 2020 | Nitrogen, ammonia total [as N] | 27.51 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| March 2020 | Nitrogen, ammonia total [as N] | 27.37 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| April 2020 | Nitrogen, ammonia total [as N] | 30.5 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| May 2020 | Nitrogen, ammonia total [as N] | 28.59 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| June 2020 | Nitrogen, ammonia total [as N] | 8.98 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| July 2020 | Nitrogen, ammonia total [as N] | 29.29 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| August 2020 | Nitrogen, ammonia total [as N] | 37.85 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |

| Month | Parameter | Value | Limit | Limit Type | Violation | Days |
|---|---|---|---|---|---|---|
| September 2020 | Nitrogen, ammonia total [as N] | 33.63 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| October 2020 | Nitrogen, ammonia total [as N] | 24.85 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| November 2020 | Nitrogen, ammonia total [as N] | 16.68 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| December 2020 | Nitrogen, ammonia total [as N] | 26.22 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| January 2021 | Nitrogen, ammonia total [as N] | 39.27 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| February 2021 | Nitrogen, ammonia total [as N] | 44.53 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| March 2021 | Nitrogen, ammonia total [as N] | 41.8 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| April 2021 | Nitrogen, ammonia total [as N] | 41. mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| May 2021 | Nitrogen, ammonia total [as N] | 41.52 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| June 2021 | Nitrogen, ammonia total [as N] | 30.67 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| July 2021 | Nitrogen, ammonia total [as N] | 42.34 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| August 2021 | Nitrogen, ammonia total [as N] | 54.11 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| September 2021 | Nitrogen, ammonia total [as N] | 54.11 mg/L | 1.68 mg/L | Daily Maximum | Maximum Daily Concentration Exceedance | 1 |
| *Summary: Part I. B. Table 1 of the Permit prohibits discharge from the facility in which the monthly average loading limit of ammonia in the effluent exceeds 4.2 lbs/day* | | | | | | |
| July 2017 | Nitrogen, ammonia total [as N] | 89.56 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| August 2017 | Nitrogen, ammonia total [as N] | 68.59 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| September 2017 | Nitrogen, ammonia total [as N] | 25.58 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| October 2017 | Nitrogen, ammonia total [as N] | 8.48 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| January 2018 | Nitrogen, ammonia total [as N] | 41.25 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| February 2018 | Nitrogen, ammonia total [as N] | 47.94 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 28 |
| March 2018 | Nitrogen, ammonia total [as N] | 53.18 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| April 2018 | Nitrogen, ammonia total [as N] | 73.42 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| May 2018 | Nitrogen, ammonia total [as N] | 93.97 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| June 2018 | Nitrogen, ammonia total [as N] | 15.34 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| July 2018 | Nitrogen, ammonia total [as N] | 80.86 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| January 2019 | Nitrogen, ammonia total [as N] | 42.07 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| February 2019 | Nitrogen, ammonia total [as N] | 37.02 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 28 |
| March 2019 | Nitrogen, ammonia total [as N] | 42.15 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| April 2019 | Nitrogen, ammonia total [as N] | 7.38 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| May 2019 | Nitrogen, ammonia total [as N] | 29.02 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| July 2019 | Nitrogen, ammonia total [as N] | 105.75 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| August 2019 | Nitrogen, ammonia total [as N] | 28.06 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| September 2019 | Nitrogen, ammonia total [as N] | 67.3 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| December 2019 | Nitrogen, ammonia total [as N] | 10.17 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| January 2020 | Nitrogen, ammonia total [as N] | 65.36 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| February 2020 | Nitrogen, ammonia total [as N] | 73.01 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 29 |
| March 2020 | Nitrogen, ammonia total [as N] | 88.74 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| April 2020 | Nitrogen, ammonia total [as N] | 84.19 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| May 2020 | Nitrogen, ammonia total [as N] | 80.28 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| June 2020 | Nitrogen, ammonia total [as N] | 59.8 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| July 2020 | Nitrogen, ammonia total [as N] | 99.78 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| August 2020 | Nitrogen, ammonia total [as N] | 107.02 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| September 2020 | Nitrogen, ammonia total [as N] | 117.36 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| October 2020 | Nitrogen, ammonia total [as N] | 82. lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| November 2020 | Nitrogen, ammonia total [as N] | 49.17 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| December 2020 | Nitrogen, ammonia total [as N] | 90.92 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| January 2021 | Nitrogen, ammonia total [as N] | 149.31 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| February 2021 | Nitrogen, ammonia total [as N] | 142.1 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 28 |
| March 2021 | Nitrogen, ammonia total [as N] | 148.2 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| April 2021 | Nitrogen, ammonia total [as N] | 115.42 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| May 2021 | Nitrogen, ammonia total [as N] | 122.52 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| June 2021 | Nitrogen, ammonia total [as N] | 108.45 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| July 2021 | Nitrogen, ammonia total [as N] | 183.35 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| August 2021 | Nitrogen, ammonia total [as N] | 200.15 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 31 |
| September 2021 | Nitrogen, ammonia total [as N] | 200.15 lbs/day | 4.2 lbs/day | Monthly Average | Average Monthly Loading Exceedance | 30 |
| *Summary: Part I.B. Table 1 of the Permit prohibits discharge from the facility in which the monthly average concentration of ammonia in the effluent exceeds 0.84 mg/L* | | | | | | |
| July 2017 | Nitrogen, ammonia total [as N] | 10.74 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| August 2017 | Nitrogen, ammonia total [as N] | 8.22 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| September 2017 | Nitrogen, ammonia total [as N] | 3.07 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| October 2017 | Nitrogen, ammonia total [as N] | 1.02 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| January 2018 | Nitrogen, ammonia total [as N] | 4.95 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| February 2018 | Nitrogen, ammonia total [as N] | 5.75 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 28 |
| March 2018 | Nitrogen, ammonia total [as N] | 6.38 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| April 2018 | Nitrogen, ammonia total [as N] | 8.8 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| May 2018 | Nitrogen, ammonia total [as N] | 11.27 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| June 2018 | Nitrogen, ammonia total [as N] | 1.84 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| July 2018 | Nitrogen, ammonia total [as N] | 9.7 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| January 2019 | Nitrogen, ammonia total [as N] | 5.04 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| February 2019 | Nitrogen, ammonia total [as N] | 4.46 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 28 |
| March 2019 | Nitrogen, ammonia total [as N] | 4.65 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| April 2019 | Nitrogen, ammonia total [as N] | .92 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| May 2019 | Nitrogen, ammonia total [as N] | 2.9 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| July 2019 | Nitrogen, ammonia total [as N] | 12.99 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| August 2019 | Nitrogen, ammonia total [as N] | 3.32 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| September 2019 | Nitrogen, ammonia total [as N] | 8.03 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| December 2019 | Nitrogen, ammonia total [as N] | 1.22 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| January 2020 | Nitrogen, ammonia total [as N] | 7.84 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| February 2020 | Nitrogen, ammonia total [as N] | 8.76 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 29 |
| March 2020 | Nitrogen, ammonia total [as N] | 10.64 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| April 2020 | Nitrogen, ammonia total [as N] | 10.11 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| May 2020 | Nitrogen, ammonia total [as N] | 9.63 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| June 2020 | Nitrogen, ammonia total [as N] | 7.17 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| July 2020 | Nitrogen, ammonia total [as N] | 11.93 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| August 2020 | Nitrogen, ammonia total [as N] | 12.78 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| September 2020 | Nitrogen, ammonia total [as N] | 14.07 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| October 2020 | Nitrogen, ammonia total [as N] | 9.83 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| November 2020 | Nitrogen, ammonia total [as N] | 5.71 mg/L | 0.84 mg/L | Monthly Averge | Average Monthly Concentration Exceedance | 30 |
| December 2020 | Nitrogen, ammonia total [as N] | 10.93 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| January 2021 | Nitrogen, ammonia total [as N] | 17.9 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| February 2021 | Nitrogen, ammonia total [as N] | 17.39 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| March 2021 | Nitrogen, ammonia total [as N] | 17.77 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| April 2021 | Nitrogen, ammonia total [as N] | 13.92 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| May 2021 | Nitrogen, ammonia total [as N] | 14.71 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| June 2021 | Nitrogen, ammonia total [as N] | 13.29 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| July 2021 | Nitrogen, ammonia total [as N] | 21.98 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| August 2021 | Nitrogen, ammonia total [as N] | 45.12 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 31 |
| September 2021 | Nitrogen, ammonia total [as N] | 45.12 mg/L | 0.84 mg/L | Monthly Average | Average Monthly Concentration Exceedance | 30 |
| *Summary: Part I. B. Table 1 of the Permit prohibits discharge from the facility in which the instantanous minimum of pH in the effluent is lower than 6.5 s.u.* | | | | | | |
| August 2021 | pH | 6.48 SU | 6.5 SU | Instantaneous Minimum | Instantaneous Minimum Exceedance | 1 |
| | | | | | **Violations Total** | **2672** |